■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSUE ST. J., Appellant. [895 NYS2d 868]—Appeal by the defendant from a judgment of the County Court, Rockland County (Kelly, J.), rendered April 1, 2009, adjudicating him a youthful offender, upon his plea of guilty to burglary in the second degree, and imposing sentence.

Ordered that the judgment is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, J.P., Fisher, Santucci, Angiolillo and Lott, JJ., concur.